**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

Alvaro Daniel Soza Ordonez,

    Petitioner,

    v.                          Case No. 2:26-cv-02298-BCL-cgc

Trinity Minter et al.,

    Respondents.

---

**ORDER DIRECTING SERVICE AND RESPONSE**

---

Petitioner, Alvaro Daniel Soza Ordonez, is a citizen of Nicaragua who entered the United States in 2022. Doc. 2 at 2. Petitioner is currently detained at the West Tennessee Detention Facility. Doc. 2 at 1. On March 19th, 2026, Petitioner, proceeding *pro se*, filed a Petition for Habeas Corpus under 28 U.S.C. § 2241. *Id.* Petitioner seeks an individualized bond hearing under 8 U.S.C. § 1226(a). *Id.* at 5. Contemporaneously, Petitioner filed a Motion for Temporary Restraining Order. Doc. 3. Petitioner seeks a stay of his removal from the United States or the Western District of Tennessee pending resolution of his Habeas Corpus petition. *Id.*

In light of the foregoing, the Clerk's Office is **DIRECTED** to (1) email Stuart J. Canale, Assistant United States Attorney for the Western District of Tennessee, at stuart.canale@usdoj.gov a copy of Mr. Alvaro Daniel Soza Ordonez's petition (Doc. 2), his motion for a temporary restraining order (Doc. 3), and this order, then (2) file on the docket a notice when it has done so. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service and is instead intended only to provide the Government notice and an opportunity to be heard given the expedited nature of these proceedings.

Respondent is **ORDERED** to file a response to the Petition within three (3) days of the Notice mentioned in the preceding paragraph. Petitioner may file a reply within seven (7) days of service of the response.

**IT IS SO ORDERED**, this 20th day of March, 2026.

 s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE